UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

JAMES L. AGLER                                                    CASE NO. 08-13078
                                                                              Chapter 7
    Debtor.

NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now, Mark A. Warsco, Trustee in the above-captioned bankruptcy proceeding, and submits this notice of deposit of unclaimed funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions were made and the payments were not cashed within the ninety days.

| CLAIMANT | CHECK NO. | AMOUNT OF DISTRIBUTION |
|---|---|---|
| Citifinancial | 3004 | $35.72 |

3. Ninety days has past since the distribution of the funds listed in paragraph 2 the Trustee has placed a stop payment on the funds and is depositing same with the U.S. Bankruptcy Clerk as unclaimed funds pursuant to FRBP 3011(a) and 11 U.S.C. §347(a).

4. Trustee believes it appropriate that the sum set forth in paragraph 2 be paid to the U.S. Bankruptcy Clerk for the use and benefit of the party set forth therein.

DATED: August 25, 2010

      /s/ Mark A. Warsco  
Mark A. Warsco, Trustee  
ROTHBERG LOGAN & WARSCO LLP  
P.O. Box 11647  
Fort Wayne, IN 46859-1647  
(260) 469-0256  
bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the attached document has been served on the following parties by deposit in the U.S. Mail, postage prepaid or electronically via ECF system, this 25th day of August, 2010:

Office of U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

YVETTE GAFF KLEVEN
ygk@sak-law.com

CitiFinancial Services Inc.
P.O. Box 140489
Irving, TX 75014-0489


                                                                           ___/s/ Tiffany Wehner_____
                                                                          Tiffany Wehner, Legal Assistant